# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER ANTONIO FUENTES, | ) | NO. CV 11-5758 CJC (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: *November 7*, 2011.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE